1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NEAL O'NEILL,                              No.  2:17-cv-1669 KJN P

12                       Petitioner,

13        v.                                    ORDER

14   CDCR, et al.,

15                       Respondent.

16

17        Petitioner, a former state prisoner proceeding pro se, has filed a petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma

19   pauperis.

20        Examination of the in forma pauperis application reveals that petitioner is unable to afford

21   the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See

22   28 U.S.C. § 1915(a).

23        In this action, petitioner challenges his 2015 El Dorado County conviction in case no.

24   P12CRF0165 for felony driving under the influence with prior convictions.  Court records

25   indicate that petitioner filed two other habeas petitions in this court challenging the same

26   conviction, 2:17-2094 MCE AC P, and 2:17-cv-2104 KJN P.  On December 4, 2017, 17-2094

27   was dismissed without prejudice to petitioner filing an amended petition in the instant action

28   raising all of his claims challenging his conviction in case no. P12CRF0165.  On December 12,

2017, 17-2104 was also dismissed without prejudice to petitioner filing an amended petition in the instant action raising all of his claims challenging his conviction in case no. P12CRF0165.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis is granted;

2. Petitioner is granted thirty days from the date of this order to file an amended petition raising all of his claims challenging his conviction in case no. P12CRF0165 or a statement informing the court that he intends to proceed on the original petition.

Dated: December 14, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

On1669.ord