UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL O'NEILL, | No. 2: 17-cv-1669 KJN P |
| Petitioner, | |
| v. | ORDER |
| CDCR, et al., | |
| Respondent. | |

Petitioner is a former state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 14, 2017, the undersigned granted petitioner thirty days to file an amended petition raising all of his claims challenging his conviction in case no. P12CRF0165, or a statement informing the court that he intended to proceed on the original petition. (ECF No. 4.) Thirty days passed and petitioner did not file a response to the December 14, 2017 order.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall show cause why this action should not be dismissed for his failure to respond to the December 14, 2017 order; failure to respond to this order will result in the dismissal of this action.

Dated: January 18, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

On1669.osc (kc)

1